Probation Form No. 34
(1/92)

Report and Order Terminating Probation / Supervised Release

## UNITED STATES DISTRICT COURT
## for the
## Western District Of North Carolina

UNITED STATES OF AMERICA

Vs.

Jason E Swinford
Crim. No: 0419 1:03-00082M-001

**FILED**
ASHEVILLE, N. C.

JUN - 7 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

The above named has complied with the conditions of Probation/TSR imposed by the order of the court on 10/6/2003 . Therefore, the period of Probation/TSR expired on 4/5/2005, and the defendant is now unconditionally discharged by this agency.

Respectfully submitted,

Stephen D. Cook
U.S. Probation Officer